PROB 12B
(7/93)



# United States District Court
for
District of Guam

FILED
DISTRICT COURT OF GUAM
SEP -1 2006
MARY L.M. MORAN
CLERK OF COURT

### Report for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
(Probation Form 49, Waiver of Hearings is Attached)

| | | |
|---|---|---|
| Name of Offender | **George Borja Lucena** | Case Number: **CR 97-00034-001** |

Name of Sentencing Judicial Officer:   John S. Unpingco

Date of Original Sentence:   April 3, 1998

Original Offense:   Importation of Methamphetamine, in violation of 21 U.S.C. § 952(a) and 960

Original Sentence:   Thirty-six months imprisonment followed by five years supervised release wherein the defendant is ordered to; participate in drug treatment and testing; abstain from the use of alcohol; perform 400 hours of community service; obtain and maintain lawful employment; and pay a $100 special assessment fee. **Modified November 8, 2000** to include that the defendant: perform an additional 50 hours of community service as directed by the probation officer. **Modified May 30, 2003** to include a condition that he reside and participate in a community corrections center and/or comprehensive sanction center program for up to 120 days or until discharged by the center director with the approval of the U.S. Probation officer. **Revoked September 1, 2004** to serve nine months imprisonment with three years supervised release to follow. All previous conditions ordered in addition to performance of 200 hours of community service. **Modified July 5, 2005** to include a condition that he complete 100 hours of community service. **Modified April 6, 2006** to require the defendant submit to a maximum of eight urinalysis per month as directed by the probation officer.

Type of Supervision:   Supervised Release         Date Supervision Commenced:  May 2, 2005

---

### PETITIONING THE COURT

☐  To extend the term of supervision for _____ years, for a total term of _____ years.

☒  To modify the conditions of supervision as follows:

1.  The defendant shall serve four days of intermittent confinement, pursuant to Title 18 U.S.C. § 3583(e)(2), 3583(d)(3) at the direction of the U.S. Probation Office, the Bureau of Prisons, and the U.S. Marshals Office.

ORIGINAL

Report for Modifying the
Conditions or Term of Supervision
with Consent of Offender

page 2

CAUSE

George Lucena reported for urinalysis on July 31, 2006 and tested presumptive positive for the use of methamphetamine. He denied any drug use and the sample was forwarded to the laboratory for further analysis. On August 10, 2006, laboratory results returned confirming Mr. Lucena's use of methamphetamine as tested on July 31, 2006. He reported to the U.S. Probation Office on August 15, 2006 for a compliance meeting. He explained that he used the drug on July 30, 2006, as offered to him by a friend he met at a local grocery store. Mr. Lucena stated that he used the drug hoping to evade detection since the frequency of his required drug tests have decreased, as earned through successful progression in the drug treatment/testing program. He apologized for his violation and assured his return to full compliance.

Except as outlined above, Mr. Lucena has attended and tested negative on all scheduled urinalysis. He has also attended all scheduled counseling sessions. Mr. Lucena has maintained employment as a construction laborer for the SMD Construction Company since December 2005. He completed all community service (200 originally ordered and 100 modified) on August 19, 2005, and paid the $100 special assessment fee on October 26, 1999.

For his violations outlined above, Mr. Lucena agreed to a modification of his conditions of supervised release to include the following condition:

> "The defendant shall serve four days of intermittent confinement, pursuant to Title 18 U.S.C. § 3583(e)(2), 3583(d)(3) at the direction of the U.S. Probation Office, the Bureau of Prisons, and the U.S. Marshals Office."

See attached Prob 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision. In addition, Mr. Lucena has been returned to day 1, Phase I of the drug treatment and testing program. Therefore, this Officer respectfully requests that the Court modify conditions of supervised release as outlined above, pursuant to Title 18 U.S.C. § 3583(e)(2), and § 3583(d)(3).

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

Date: 8/21/06

Respectfully submitted,

by: ROBERT I. CARREON
U.S. Probation Officer

Date: 8/21/06

## THE COURT ORDERS

☐ No Action

☐ The Extension of Supervision as Noted Above.

☒ The Modification of Conditions as Noted Above.

☐ Other    Issuance of a:   ☐ Summons   ☐ Warrant

Signature of Judicial Officer
RONALD B. LEIGHTON, Designated Judge*

September 1, 2006

*The Honorable Ronald B. Leighton, United States District Judge
for the Western District of Washington, sitting by designation

# United States District Court

for

*District of Guam*

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. The defendant shall serve four days of intermittent confinement, pursuant to Title 18 U.S.C. § 3583(e)(2), 3583(d)(3) at the direction of the U.S. Probation Office, the Bureau of Prisons, and the U.S. Marshals Office.

Witness: ROBERT I. CARREON
U.S. Probation Officer

Signed: GEORGE B. LUCENA
Probationer or Supervised Releasee

8-15-06
Date