RECEIVED
NOV 22 2006
US MARSHALS SERVICE-GUAM

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ GUAM _____

UNITED STATES OF AMERICA

V.

GEORGE BORJA LUCENA

## WARRANT FOR ARREST

Case Number: CR-97-00034-001

FILED
DISTRICT COURT OF GUAM
FEB 13 2007
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   GEORGE BORJA LUCENA
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☑ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

Order to Show Cause Why Supervised Release Conditions Should Not Be Revoked.

(See Petition for Warrant or Summons for Offender Under Supervision and Order separately filed on November 21, 2006.)

in violation of Title __18__ United States Code, Section(s) __3583(d)__

MELISSA L. TRAUNER
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

[signature]
Signature of Issuing Officer

11/22/2006     Hagatna, Guam
Date           Location

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

USMS office, Guam

| DATE RECEIVED 11/22/06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 02/13/07 | Clark Marquez, DUSM | [signature] |

Case 1:97-cr-00034   Document 49   Filed 02/13/2007   Page 1 of 2
ORIGINAL

AO 442 (Rev. 10/03) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: GEORGE BORJA LUCENA

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:


FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO:


INVESTIGATIVE AGENCY AND ADDRESS: