# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-97-00034-001          DATE: February 13, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori          Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore     Electronically Recorded: 2:31:54 - 2:37:36
CSO: B. Benavente

**APPEARANCES:**

Defendant: George Borja Lucena          Attorney: Richard Arens
☑ Present ☑ Custody ☐ Bond ☐ P.R.     ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Karon Johnson          U.S. Agent:
U.S. Probation: Robert Carreon        U.S. Marshal: D. Punzalan / T. Muna
Interpreter:          Language:

**PROCEEDINGS: Initial Appearance and Order to Show Cause Why Supervised Release Conditions Should Not be Revoked**

- Federal Public Defender appointed to represent the defendant.
- Defendant admits to the allegations.
- Disposition hearing set for: March 16, 2007 at 10:30 a.m. before Chief Judge Frances Tydingco-Gatewood.
- Defendant remanded to the custody of the U.S. Marshals Service for: Detention

NOTES: