1
2
3
4
5
6                   DISTRICT COURT OF GUAM

7                    TERRITORY OF GUAM

8

9    UNITED STATES OF AMERICA,        )        CRIMINAL CASE NO. 97-00034
                                      )
10                  Plaintiff,        )
                                      )
11         vs.                        )        **APPOINTMENT ORDER**
                                      )
12   **GEORGE BORJA LUCENA**,         )
                                      )
13                  Defendant.        )
                                      )
14   _____ )

15         IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to

16   represent the Defendant in the above-entitled case *nunc pro tunc* to November 24, 2006.

17         Dated this 13th day of February 2007.

18

19

20

21

22                                             **/s/ Joaquin V.E. Manibusan, Jr.**
                                               **U.S. Magistrate Judge**
23

24

25

26

27

28