IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GEORGE BORJA LUCENA, ) <br> ) <br> Defendant. ) <br> _____ ) | CRIMINAL CASE NO. 97-00034 <br><br> **REPORT & RECOMMENDATION CONCERNING VIOLATIONS OF SUPERVISED RELEASE CONDITIONS IN A FELONY CASE** |

On November 21, 2006, the United States Probation Office filed a Petition and supporting declaration alleging that the Defendant violated his conditions of supervised release. See Docket No. 48. According to the Petition and declaration, the Defendant:

1. committed a local offense, namely family violence;
2. failed to attend urinalysis on five (5) separate occasions;
3. failed to appear for drug counseling (two sessions);
4. failed to obtain and maintain gainful employment; and
5. failed to submit his monthly supervision reports (September and October 2006).

On February 13, 2007, the Defendant appeared with counsel before the Court on a return of warrant. The Defendant knowingly and voluntarily waived his right to an evidentiary hearing and admitted to the violations alleged in the Petition filed on November 21, 2006. While the Government, the Defendant, and the probation officer agreed that the Defendant's term of supervised release should be revoked as an appropriate sanction for these violations, the parties were unable to agree on an appropriate sentence to impose thereafter.

Therefore, I hereby recommend that the District Judge revoke the Defendant's term of supervised release and impose sentence accordingly. This matter shall be scheduled for a disposition hearing before the District Judge on Friday, March 16, 2007, at 10:30 a.m., unless otherwise re-scheduled by the District Judge.

DATED this 13th day of February 2007.



**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**

**NOTICE**

**Failure to file written objections to this Report within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).**