# UNITED STATES DISTRICT COURT

District of      **GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA | **ORDER OF DETENTION** |
| **V.** | **PENDING DISPOSITION** |
| | **OF SUPERVISED RELEASE** |
| **GEORGE BORJA LUCENA** | |

Case Number:    **CR-97-00034-001**

FILED

DISTRICT COURT OF GUAM

FEB 1 3 2007

MARY L.M. MORAN
CLERK OF COURT

_Defendant_

I find that the defendant

**X**   is, and was at the time the alleged offense was committed:

   ☐ on release pending trial for a felony under federal, state, or local law.

   ☐ on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence, for an offense under federal, state, or local law.

   **X** on supervised release for an offense under federal, state, or local law; or

☐ is not a citizen of the United States or lawfully admitted for permanent residence as defined at (8 U.S.C. §1101(a)(20)).

and I further find that the defendant

☐ flee, or **X** **failed to report to the probation office and to participate in drug treatment and testing.**

I accordingly ORDER the detention of the defendant without bail.

Date      **FEBRUARY 13, 2007**

JOAQUIN V.E. MANIBUSAN, JR., MAGISTRATE JUDGE

ORIGINAL