# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES

CASE NO.: CR-97-00034-001          DATE: March 16, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley      Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez      Electronically Recorded: 9:51:46 - 10:33:18
CSO: P. Taijeron / B. Benavente

**APPEARANCES:**
Defendant: George Borja Lucena      Attorney: Richard Arens
☑ Present ☑ Custody ☐ Bond ☐ P.R.      ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Karon Johnson      U.S. Agent:
U.S. Probation: Robert Carreon      U.S. Marshal: D. Punzalan / G. Perez
Interpreter:      Language:

**PROCEEDINGS: Disposition Hearing and Sentencing**
- Court finds that the defendant did violate conditions of supervised release.
- Revocation of supervised release granted.
- Defendant committed to the Bureau of Prisons for a term of 23 months. While in prison, the defendant shall participate in any drug treatment and/or vocational programs available through the Bureau of Prisons. Defendant shall also participate in the 500 hour Intensive Drug Treatment Program.
- Upon release from imprisonment, defendant is placed on supervised release for a term of 28 months, with conditions (refer to Judgment for conditions of supervised release).
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: