GUD NT ENT (8/05)

# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**
**671-473-9100**

| | |
|---|---|
| USA,<br><br>Plaintiff,<br><br>vs.<br><br>George Borja Lucena,<br><br>Defendant. | Case No. 1:97-cr-00034 |

# NOTICE OF ENTRY OF ORDER

  **NOTICE IS HEREBY GIVEN** that on the date indicated below this court entered on the docket of the above-entitled case the following order:

*Judgment in a Criminal Case (For Revocation of Probation or Supervised Release)*
*(Redacted and Unredacted Versions)*
*Date of Entry: March 23, 2007*

The original order is on file at the Clerk's Office of this court. The document may be viewed at the Clerk's Office and is available for viewing on the Internet by using PACER for a fee. Information on the PACER system can be found on the court's web page: **www.gud.uscourts.gov**

**Date:** March 26, 2007          Clerk of Court
                                  **/s/ Mary L.M. Moran**