
UNITED STATES DISTRICT COURT
District of Guam

United States of America,
                Plaintiff,

Vs.

GEORGE B. LUCENA,
                Defendant.

NOTICE OF APPEAL

D.C. Docket Number: CR 97-00034

Frances Tydingco-Gatewood
District Court Judge

Notice is hereby given that ___GEORGE B. LUCENA,___ appeals to the United States Court of Appeals for the Ninth Circuit from the

☐ Conviction only (Fed. R. Crim. P. 32(b))
☐ Conviction and Sentence
☑ Sentence only (18 U.S.C. § 3742)
☐ Order (specify) _____

_____ entered in this action on _____.

Sentence imposed: 23 months incarceration.

Bail Status: Incarcerated

Date: March 29, 2007      Address:

Richard P. Arens
Office of the Federal Public Defender
400 Route 8, Suite 501
First Hawaiian Bank Building
Mongmong, Guam 96910
(671) 472-7111

Name of Court Reporter: **Wanda Miles**     Transcript Required: ☑ Yes    ☐ No
If yes, date ordered or to be ordered ___3/29/2007___ (including arrangements for payment with court reporter.)

If transcript required, complete Transcript Order Form CA9-036; contact court reporter immediately to make arrangements for transcription.

## ORIGINAL