UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

## NOTICE OF APPEAL NOTIFICATION FORM

Please Fill Out Completely

**CASE INFORMATION:**
Short Case Title: **USA vs Lucena**
Court of Appeals No. (leave blank if a unassigned)_____
U.S. District Court, Division & Judge Name: **District Court of Guam/Hon. Frances Tydingco-Gatewood**
Criminal and/or Civil Case No.: **CR-97-00034-001**
Date Complaint/Indictment/Petition Filed: **Waiver of Indictment fld 2/26/1997**
Date Appealed order/judgment *entered*: **Judgment (For Revocation of Supervised Release fld 3/23/2007**
Date NOA *filed*: **NOA fld 3/29/2997**
Date(s) of Indictment **Waiver fld 2/26/1997** Plea Hearing **2/26/1997** Sentencing **4/3/1998**
**Disposition Hearing/Sentencing - 3/16/2007**

COA Status (check one):  ☐ granted in full (attach order)   ☐ denied in full (send record)
                        ☐ granted in part (attach order)   ☐ pending

Court Reporter(s) Name & Phone Number: **Wanda M. Miles/(671) 472-8655**

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: **N/A**                    Date Docket Fee Billed:_____
Date FP granted:_____                           Date FP denied:_____
Is FP pending? ☐ yes ☐ no                        Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes  X no
Companion Cases? Please list:_____

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION (please include email address)**
Appellate Counsel:                               Appellee Counsel:
**Richard P. Arens**                             **Karon V. Johnson**
**Office of the Federal Public Defender**        **Assistant U.S. Attorney**
**400 Route 8, Suite 501**                       **Suite 500, Sirena Plaza**
**First Hawaiian Bank Building**                 **108 Hernan Cortez Building**
**Mongmong, Guam 96910**                         **Hagatna, Guam 96910**
                                                 **karon_johnson@usdoj.gov**

☐ retained  ☐ CJA  X FPD  ☐ Pro Se  ☐ Other_____   *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID_____                               Address:
Custody_____
Bail_____

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid_____          9th Circuit Docket Number_____

Name & Phone Number of Person Completing this Form: **Marilyn B. Alcon/(671) 473-9138**
                                                    **marilyn_alcon@gud.uscourts.gov**

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 97-00034 |
| Plaintiff, ) | |
| vs. ) | **APPOINTMENT ORDER** |
| **GEORGE BORJA LUCENA**, ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the Defendant in the above-entitled case *nunc pro tunc* to November 24, 2006.

Dated this 13th day of February 2007.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**