# 07-10178

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**FILED**

## NOTICE OF APPEAL NOTIFICATION FORM

APR 10 2007

Please Fill Out Completely

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

### CASE INFORMATION:
Short Case Title: <u>USA vs Lucena</u>
Court of Appeals No. (leave blank if a unassigned)_____
U.S. District Court, Division & Judge Name: <u>District Court of Guam/Hon. Frances Tydingco-Gatewood</u>
Criminal and/or Civil Case No.: <u>CR-97-00034-001</u>
Date Complaint/Indictment/Petition Filed: <u>Waiver of Indictment fld 2/26/1997</u>
Date Appealed order/judgment *entered*: <u>Judgment (For Revocation of Supervised Release fld 3/23/2007</u>
Date NOA *filed*: <u>NOA fld 3/29/2997</u>
Date(s) of Indictment <u>Waiver fld 2/26/1997</u> Plea Hearing <u>2/26/1997</u> Sentencing <u>4/3/1998</u>
<u>Disposition Hearing/Sentencing - 3/16/2007</u>

COA Status (check one):  ☐ granted in full (attach order)   ☐ denied in full (send record)
                          ☐ granted in part (attach order)   ☐pending

Court Reporter(s) Name & Phone Number: <u>Wanda M. Miles/(671) 472-8655</u>

*Magistrate Judge's Order? If so, please attach.*

### FEE INFORMATION
Date Docket Fee Paid: **N/A**                          Date Docket Fee Billed:_____
Date FP granted:_____                          Date FP denied:_____
Is FP pending? ☐ yes  ☐ no                              Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes  X no
Companion Cases? Please list:_____

*Please attach copy of any order granting, denying or revoking FP.*

### COUNSEL INFORMATION (please include email address)
| Appellate Counsel: | Appellee Counsel: |
|---|---|
| **Richard P. Arens** | **Karon V. Johnson** |
| **Office of the Federal Public Defender** | **Assistant U.S. Attorney** |
| **400 Route 8, Suite 501** | **Suite 500, Sirena Plaza** |
| **First Hawaiian Bank Building** | **108 Hernan Cortez Building** |
| **Mongmong, Guam 96910** | **Hagatna, Guam 96910** |
|  | karon_johnson@usdoj.gov |

☐ retained  ☐ CJA  X FPD  ☐ Pro Se  ☐ Other_____        *Please attach appointment order.*

### DEFENDANT INFORMATION
Prisoner ID_____            Address:
Custody_____
Bail_____

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid_____          9th Circuit Docket Number_____

Name & Phone Number of Person Completing this Form: **Marilyn B. Alcon/(671) 473-9138**
                                                    **marilyn_alcon@gud.uscourts.gov**